IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: FALZONE, DEBORAH ) CASE NO. 09-44137

DEBTOR(S) ) HON. KAY WOODS

) DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 107 in the amount of $2.33.

The dividend relates to the following claimant:

Claimant:

Verizon Wireless
P.O. Box 3397
Bloomington, IL  61702

Amount:

$2.33

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 Starrs Centre Dr.
Canfield, OH  44406
330-702-0780
330-702-0788(facsimile)